IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JOYCE HONEYCUTT, | ) | |
| | ) | |
| *On Behalf of Herself and All* | ) | |
| *Other Similarly Situated Individuals*) | | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:20-cv-00006 |
| | ) | |
| 1407 LLC | ) | |
| d/b/a SHANGRI LA WEST, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION FOR APPROVAL OF
### FLSA SETTLEMENT AGREEMENT AND DISMISSAL

The Parties have reached a settlement in this case, and hereby seek Court approval of their agreement.

In support of this motion, attached hereto is: 1) The Declaration In Support of FLSA Settlement From Plaintiff's Counsel; and 2) the Settlement Agreement signed by the Parties.

The Parties request that the Court enter an order approving their Settlement Agreement and dismissing this case with prejudice.

Respectfully submitted,

/s/ Bradley P. Colburn
Bradley P. Colburn #28501-20
Anderson Agostino & Keller PC
131 South Taylor Street
South Bend, Indiana 46601-1521
Telephone: 574-288-1510
Email: colburn@aaklaw.com

/s/ David E. Bailey
David E. Bailey #21527-02
Fletcher Van Gilder, LLP
436 East Wayne Street
Fort Wayne, Indiana 46802
Telephone: 260-425-9777
Email: bailey@fvglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2020, I electronically filed the foregoing with the CM/ECF Filing System, and electronically served a true and accurate copy of the foregoing to:

Michael P. Misch
misch@aaklaw.com

Bradley P. Colborn
colborn@aaklaw.com

                                              /s/ David E. Bailey
                                              David E. Bailey