AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOYCE HONEYCUTT
On Behalf of Herself and All Other Similarly Situated Individuals

   Plaintiff

 v.

                 **Civil Action No. 1:20-cv-00006**

1407 LLC
doing business as Shangri La West

   Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $ _____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other: The Parties' Settlement Agreement is approved. This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):
☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady on a Joint Motion for Settlement.

DATE: 5/19/2020          ROBERT N. TRGOVICH, CLERK OF COURT

                  by   s/ M. Murray _____
                  *Signature of Clerk or Deputy Clerk*